# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                          Case No.: 1:16−cr−00812
                                          Honorable Joan H. Lefkow

Brian Brundage

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 18, 2018:

      MINUTE entry before the Honorable Joan H. Lefkow as to Brian Brundage: Sentencing in this case has been set for 2/27/2019. The Probation Office shall disclose to the parties the recommended sentence, including conditions of supervised release and the reasons for the recommendation when filing the pre−sentence report. Defense counsel shall review the recommended conditions with the defendant in advance of the sentencing date. Counsel shall advise the court at sentencing whether defendant objects to any of the recommended conditions. The court does not intend to read the conditions of supervised relief to the defendant in open court unless (a) the defendant requests that they be read, (b) there is an objection to a recommended condition, or (c) the court declines to impose a recommended condition or imposes a condition that was not recommended. If the defendant desires further explanation of the court's reasons stated on the record for any condition of supervised release, counsel is expected to make that known at sentencing so the court will be able to clarify any misunderstanding or confusion. See United States v. Thomas, 840 F.3d 920 (2018) ("The judge may state that he's incorporating by reference supervised−release conditions listed in his written notice of proposed conditions, but only if the defendant has had an opportunity to review the proposed conditions before sentencing and there is no conflict either between the conditions in the written notice and the conditions actually imposed in the written judgment or between the conditions stated orally by the judge at the sentencing hearing and those in the written judgment." Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.